No. 731. NATIONAL LEAD CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Karl Riemer* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Harold C. Wilkenfeld* for respondent. ▮

No. 734. ESTATE OF PIERPONT ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *John S. McDaniel, Jr.,* and *John W. Cable III* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, John B. Jones, Jr., Robert N. Anderson* and *Benjamin M. Parker* for respondent. ▮

No. 735. RIVOLI TRUCKING CORP. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *William J. Tillinghast, Jr.,* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for the United States. Reported below: —— Ct. Cl. ——.

No. 736. J. WEINGARTEN, INC. *v.* FEDERAL TRADE COMMISSION ET AL. C. A. 5th Cir. Certiorari denied. *Edward F. Howrey, John H. Quinn, Jr.,* and *Leon Jaworski* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas, Sherman L. Cohn* and *J. F. Bishop* for respondents. ▮

No. 749. UNITED AIRCRAFT CORP. *v.* LODGE 743, INTERNATIONAL ASSOCIATION OF MACHINISTS, AFL–CIO, ET AL. C. A. 2d Cir. Certiorari denied. *Joseph C. Wells* and *Winthrop A. Johns* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent National Labor Relations Board; and *Plato E. Papps, Mozart G. Ratner* and *William S. Zeman* for respondent unions. ▮